**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY LINEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIRCLE K STORES INC.; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | Case No. 8:20-cv-00077 JLS (DFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby approves the parties' stipulation for dismissal and orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear her/its own costs and attorneys' fees.

　　　**IT IS SO ORDERED.**

Dated: December 29, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE